**DISMISS and Opinion Filed August 27, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00057-CV**

**NOVO POINT, LLC, QUANTEC, LLC, RPV, LTD., AND JEFFREY BARON, Appellants**
**V.**
**ELISA KATZ, GARY SCHEPPS, DOMAIN VAULT, LLC, DOMAIN PROTECTION, LLC, NAME.COM, INC., SHAWN FRAZIN, AND SEA WASP, LLC, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01898-D**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

Although directed to file their brief no later than August 13, 2021 and cautioned that failure to do so would result in dismissal of the appeal, appellants have failed to comply. *See* TEX. R. APP. P. 38.8(a)(1).  Accordingly, we dismiss the appeal.  *See id.* 38.8(a)(1), 42.3(b),(c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

210057F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NOVO POINT, LLC, QUANTEC, LLC, RPV, LTD., AND JEFFREY BARON, Appellants

No. 05-21-00057-CV     V.

ELISA KATZ, GARY SCHEPPS, DOMAIN VAULT, LLC, DOMAIN PROTECTION, LLC, NAME.COM, INC., SHAWN FRAZIN, AND SEA WASP, LLC, Appellees

On Appeal from the County Court at Law No. 4, Dallas County, Texas Trial Court Cause No. CC-19-01898-D.
Opinion delivered by Justice Schenck, Justices Reichek and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Elisa Katz, Gary Schepps, Domain Vault, LLC, Domain Protection, LLC, Name.com, Inc., Shawn Frazin, and Sea Wasp, LLC recover their costs, if any, of this appeal from appellants Novo Point, LLC, Quantec, LLC, RPV, LTD., and Jeffrey Baron.

Judgment entered August 27, 2021.